698 P.2d 435

**H.J. MURRELL, M.D., Doyle Simmons, M.D., and X-Ray Associates, a New Mexico corporation, Petitioners,**

v.

**Mrs. Wayne KEITHLEY, Personal Representative of the Estate of Wayne Keithley, Respondent.**

**ST. JOSEPH HOSPITAL, Petitioner,**

**and**

**H.J. Murrell, M.D.; Doyle Simmons, M.D.; and X-Ray Associates, a New Mexico corporation, Defendants,**

v.

**Mrs. Wayne KEITHLEY, Personal Representative of the Estate of Wayne Keithley, Respondent.**

Nos. 15676, 15678.

Supreme Court of New Mexico.

April 16, 1985.

Rodey, Dickason, Sloan, Akin & Robb, W. Robert Lasater, Jr., Mark C. Meiering, Albuquerque, for Simmons and Murrell.

Campbell & Black, Bruce D. Black, Santa Fe, Stephen Durkovich, Albuquerque, for X-Ray Associates.

Sigmund L. Bloom, Albuquerque, for Keithley.

Civerolo, Hansen & Wolf, Richard Civerolo, Carl J. Butkus, Albuquerque, for St. Joseph Hosp.

Johnson & Lanphere, Harry G.W. Griffith, Thomas J. McBride, Albuquerque, for N.M. Hosp. Ass'n amicus curiae.

**ORDER**

The writs of certiorari heretofore issued by this Court are quashed as having been improvidently granted. *See Kern v. St. Joseph Hospital, Inc.,* 102 N.M. 452, 697 P.2d 135 (1985). In the event of any conflict between *Kern* and *Keithley v. St. Joseph's Hospital,* 102 N.M. 565, 698 P.2d 435, 23 SBB 1220 (Ct.App.1984), *Kern* shall control. This order together with the opinion of the Court of Appeals shall be published.

IT IS SO ORDERED.

SOSA, Senior Justice, and WALTERS, J., concur.

RIORDAN and STOWERS, JJ., dissenting.